

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In the Interest of L. D, a child

Appellate case number:    01-17-00471-CV

Trial court case number:  2016-03613J

Trial court:                      315th District Court of Harris County

  Appellant's counsel, Natalia Oakes, filed a motion to withdraw and for appointment of new counsel. We abated the appeal and remanded the case to the trial court to rule on this motion. We have received a supplemental clerk's record containing an order signed by the trial court granting the motion to withdraw and appointing new counsel, William Connolly.

  Accordingly, we reinstate the appeal on the active docket. The reporter's record was due on July 10, 2017 and is past due.

  It is so ORDERED.

Judge's signature: /s/ Michael Massengale
      ☑ Acting individually  ☐ Acting for the Court

Date: July 27, 2017